## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACOB GROGAN, PAUL JONES, TERRANCE LEE, TREAVON WHITAKER, and JOSAPHAT HERNANDEZ individually and on behalf of all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>ALL MY SONS MOVING AND STORAGE BUSINESS DEVELOPMENT LLC; and ALL MY SONS MOVING AND STORAGE OF RHODE ISLAND; ALL MY SONS OF BOSTON, LLC and CHRIS GENERALE )<br><br>Defendants ) | No. 19-cv-11531-PBS |

## [PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

The Court, having considered Plaintiff's Motion for Preliminary Approval of Class Action Settlement, ORDERS as follows:

1. The Motion for Preliminary Approval of Class Settlement is GRANTED.

2. The Rule 23 Classes certified in the Court's Decision dated March 31, 2021 are hereby clarified to state as follows:

1

All Drivers who performed work from an All My Sons office location in Massachusetts for all or part of the period from April 26, 2016 through September 10, 2021.

and

All Helpers who performed work from an All My Sons office location in Massachusetts for all or part of the period from April 26, 2016 through September 10, 2021.

3. The law firms of Lichten and Liss-Riordan, P.C and Cohen Cleary, P.C. is hereby appointed as Class Counsel.

4. The named Plaintiffs Jacob Grogan, Paul Jones, Terrance Lee, Treavon Whitaker, and Josaphat Hernandez are hereby appointed as the Class Representative.

5. Class counsel shall distribute the notice in the form attached to the Motion for Preliminary Approval to all members of the settlement class.

6. A Final Approval Hearing shall occur on ~~January / February~~ March 3 , 2022 at 2.30

**SO ORDERED.**

DATE _11\9\2021 ._

_Patti B. Saris_
PATTI B. SARIS
U.S. DISTRICT JUDGE