UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACOB GROGAN, PAUL JONES, TERRANCE LEE, TREAVON WHITAKER, and JOSAPHAT HERNANDEZ individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALL MY SONS MOVING AND STORAGE BUSINESS DEVELOPMENT LLC; and ALL MY SONS MOVING AND STORAGE OF RHODE ISLAND; ALL MY SONS OF BOSTON, LLC and CHRIS GENERALE<br><br>Defendants | No. 19-cv-11531-PBS |

PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT AND ORDER OF DISMISSAL

3/7/22
approved
after hearing.

[signature]